# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TYRONE MICHAEL LOVE

NO. 2023 KW 0834

**NOVEMBER 20, 2023**

---

In Re:  Tyrone Michael Love, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 615056.

---

**BEFORE: GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.** The writ application does not include sentencing information. Since there is no evidence that relator's sentence has been imposed, the writ application is denied as premature. See **State v. Lewis,** 337 So.2d 514 (La. 1976).

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT